UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

******************************************************************************

| | | |
|---|---|---|
| Gilbert Buttke and<br>Grace Buttke,<br><br>Plaintiff,<br><br>vs.<br><br>Jeffrey P. Zervas, M.D. and<br>City of Ortonville d/b/a<br>Ortonville Area Health<br>Services, and Midwest<br>Surgical Services, Inc.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 00-2639 (JMR/RLE)<br><br>**JOINT PRETRIAL SCHEDULE and ORDER** |

******************************************************************************

Counsel identified below met and conferred in connection with the above-described matter as required by Rule 26(f) of the Federal Rules of Civil Procedure, and prepared the following Report. Plaintiffs Gilbert Buttke and Grace Buttke are citizens residing in Corona, South Dakota. They are represented by William D. Kunstle, Esq., MOORE, RASMUSSEN, KADING & KUNSTLE, LLP, 300 North Dakota Avenue, Suite 400, Sioux Falls, SD 57101-1477 and George E. Antrim, III, Esq., KRAUSE & ROLLINS, CHTD., 310 Groveland Avenue, Minneapolis, MN 55403.

Defendant Jeffrey P. Zervas, M.D., is an Ophthalmologist, practicing in Ortonville, Minnesota. He is represented by William A. Moeller, Esq., GISLASON & HUNTER, LLP 2700 South Broadway, New Ulm, MN 56073.

MAR 28 2001
...AL. CLERK

(14)

Defendant City of Ortonville d/b/a Ortonville Area Health Services is a public hospital located in Ortonville, Minnesota. It is represented by Bruce P. Candlin, Esq., CANDLIN & HECK, 3800 West 80th Street, Suite 1500, Bloomington, MN 55431-4429.

Defendant Midwest Surgical Services, Inc. is a Minnesota corporation. It is represented by Paul D. Reuvers, Esq., ERSTAD & RIEMER, P.A., 1000 Northland Plaza 3800 W. 80th Street, Minneapolis, MN 55431.

The Pretrial Conference in this matter is scheduled for March 21, 2001 at 9:30 a.m. before United States Magistrate Judge Raymond L. Erickson in his chambers located in Duluth, Minnesota. Counsel hereby respectfully request that they be allowed to appear at the Pretrial Conference by telephone.

The parties, through their respective attorneys set forth above have stipulated to the following:

1. That all pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before March 30, 2001. The period during which the parties may conduct discovery shall terminate on September 30, 2001.

2. That all Motions which seek to amend the pleadings or add parties must be filed and the Hearing thereon completed on or before June 29, 2001. The parties have scheduled certain depositions for June 14 and 15, 2001, which may make it necessary to amend the pleadings after those depositions are taken.

3. That all other non-dispositive Motions shall be filed and the Hearing thereon completed prior to October 30, 2001.

4. That no more than fifty (50) Interrogatories counted in accordance with Rule 33(a) of the Federal Rules of Civil Procedure shall be served by any party.

5. That no more than ten (10) depositions (excluding expert depositions) shall be taken by any party without prior Order of the Court.

6. That Plaintiff's expert witness disclosures shall be made on or before July 31, 2001. That Defendants' expert witness disclosures shall be made on or before August 31, 2001. That the parties agree that an affidavit must be served on or before June 4, 2001, and Defendants, by agreeing to this Schedule, do not waive their right to prompt service of the affidavit required by Minnesota Statutes Section 145.682, Subd. 2.

7. That the parties do not contemplate taking expert depositions at this time. However, the parties do not hereby waive any right they may have to take expert depositions and expressly reserve the right to revisit this issue if necessary.

8. That all dispositive Motions shall be filed and the Hearing thereon completed prior to November 30, 2001.

9. That this case shall be ready for trial on November 30, 2001, or thirty days after the Court renders its Order on any dispositive motion (whichever is later), at which time the case will be placed on the Court's Jury trial calendar.

Dated: March 9, 2001

KRAUSE & ROLLINS, CHTD.

George E. Antrim, III (#120534)
James B. Hovland (# 47491)
310 Groveland Avenue
Minneapolis, MN 55403
(612) 874-8550

Dated: March 12, 2001.

MOORE, RASMUSSEN,
KADING & KUNSTLE, LLP

William D. Kunstle
300 North Dakota Avenue, Suite 400
Sioux Falls, SD 57101-1477
(605) 336-1730

ATTORNEYS FOR PLAINTIFFS

Dated: 3/16/2001

GISLASON & HUNTER, LLP

William A. Moeller (#143923)
2700 South Broadway
New Ulm, MN 56073
(507) 354-3111

ATTORNEY FOR DEFENDANT
JEFFREY P. ZERVAS, M.D.

Dated: 3/19/01

CANDLIN & HECK

Bruce P. Candlin (#14503)
3800 West 80th Street, Suite 1500
Bloomington, MN 55431-4429
(952) 835-0123

ATTORNEY FOR DEFENDANT CITY OF ORTONVILLE D/B/A ORTONVILLE AREA HEALTH SERVICES

Dated: 3/20/01

ERSTAD & RIEMER, P.A.

Paul D. Reuvers (#217700)
1000 Northland Plaza
3800 W. 80th Street
Minneapolis, MN 55431
(952) 896-3700

ATTORNEY FOR DEFENDANT MIDWEST SURGICAL SERVICES, INC.

IT IS SO ORDERED.

BY THE COURT:

Raymond L. Erickson
United States Magistrate Judge

Dated: March ______, 2001
At Duluth, Minnesota