UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Gilbert Buttke and
Grace Buttke,

Plaintiffs,

vs,

Jeffrey P. Zervas, M.D., and City of Ortonville d/b/a Ortonville Area Health Services, and Midwest Surgical Services, Inc.,

Defendants.

Case No. 00-2639 JMR/RLE

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

---

The undersigned attorneys hereby advise the Court that plaintiffs' claims against Midwest Surgical Services, Inc., in the above-entitled cause of action have been fully compromised and settled. Therefore,

IT IS HEREBY STIPULATED BY AND BETWEEN all the parties hereto, through their respective undersigned attorneys, that the claims against Midwest Surgical Services, Inc., may be, and hereby are, dismissed on the merits and with prejudice, but without costs or disbursements to any of the parties.

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of plaintiffs' claims against Midwest Surgical Services, Inc., without costs or disbursements to any of the parties, may be entered herein.

FILED
RICHARD D. SLETTEN, CLERK AUG 22 2001
JUDGEMENT ENTERED AUG 22 2001
DEPUTY CLERK'S INITIALS ______

Dated: 7-5-01

MOORE, RASMUSSEN, KADING
& KUNSTLE

By ______________________
William D. Kunstle
Attorneys for Plaintiffs
300 North Dakota Avenue
Suite 400
P.O. Box 1477
Sioux Falls, SD 57101-1477

Dated: June 28, 2001

IVERSON REUVERS, LLC

By ______________________
Paul D. Reuvers, #217700
Attorneys for Defendant Midwest
Surgical Services, Inc.
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438

Dated: 7/9/01

KRAUSE & ROLLINS

By ______________________
George E. Antrim, III
Attorneys for Plaintiffs
310 Groveland Avenue
Minneapolis, MN 55403

Dated: 7/12/01

CANDLIN & HECK

By ______________________
Bruce Candlin
Attorneys for Defendant Ortonville
3800 West 80th Street, Suite 1500
Bloomington, MN 55431

Dated: 7-31-01

GISLASON & HUNTER

By ______________________ #0302259
William A. Moeller
Attorneys for Defendant Zervas
2700 South Broadway
New Ulm, MN 56073

**ORDER**

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED That the above-entitled action against Midwest Surgical Services, Inc., be, and the same hereby is, dismissed with prejudice and on the merits and without costs or disbursements to any party. Further, since Midwest Surgical Services, Inc. is no longer a party to this lawsuit, it shall be deleted from the caption of the case, which should be amended to read as follows:

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Gilbert Buttke and
Grace Buttke,

Case No. 00-2639 JMR/RLE

Plaintiffs,

vs,

Jeffrey P. Zervas, M.D., and City
of Ortonville d/b/a Ortonville
Area Health Services,

Defendants.

---

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 20th day of August, 2001.

BY THE COURT:

Honorable James M. Rosenbaum
United States District Court Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500