UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Gilbert Buttke,

Plaintiff,

vs. CERTIFICATE OF READINESS FOR TRIAL

Jeffrey P. Zervas, M.D.; City of Ortonville, d/b/a Ortonville Area Health Services,

Defendants. Civ. No. 00-2639(JMR/RLE)

* * * * * * * * * * * * * * * * * *

TO: Hon. Chief Judge James M. Rosenbaum, and all counsel of record:

All parties are hereby notified that the above-entitled case is "Ready for Trial".

BY THE COURT:

Raymond L. Erickson
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: December 19th, 2001
At Duluth, Minnesota

(19)

FILED DEC 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK