IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Gilbert Buttke and
Grace Buttke,

Plaintiffs,

vs.

Jeffrey P. Zervas, M.D., and City of Ortonville, d/b/a Ortonville Area Health Services and Midwest Surgical Services, Inc.

Defendants.

CIVIL FILE NO: 00-2639 (JMR/RLE)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through their respective counsel, that the above-entitled action, including all crossclaims, counterclaims and third-party claims, may be and hereby is dismissed on the merits with prejudice and without costs to any party.

IT IS HEREBY FURTHER STIPULATED AND AGREED that any party hereto may, without notice to any other party, cause judgment of dismissal with prejudice on the merits to be entered herein.

William D. Kunstle
MOORE, RASMUSSEN, KADING &
KUNSTLE, LLP
Attorneys for Plaintiffs
300 North Dakota Avenue
Suite 400
P. O. Box 1477
Sioux Falls, SD 57101-1477
605-336-1730

David D. Alsop #120431
GISLASON & HUNTER LLP
Attorneys for Defendant Jeffrey P. Zervas, M.D.
Suite 215E
9900 Bren Road East
P. O. Box 5297
Minnetonka, MN 55343-2297
Phone: 952-933-9900

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

George E. Antrim, III #120534
KRAUSE & ROLLINGS, CHARTERED
Attorneys for Plaintiffs
310 Groveland Avenue
Minneapolis, MN 55403
612-874-8550

Bruce P. Candlin #14503
CANDLIN & HECK
Attorneys for Defendant City of Ortonville
3800 West 80th Street
Suite 1500
Bloomington, MN 55431-4429
952-835-0123

**ORDER**

Pursuant to the foregoing Stipulation, the above-entitled action, including all crossclaims, counterclaims and third-party claims, is hereby dismissed with prejudice on the merits and without cost to any party.

JUDGMENT MAY BE ENTERED ACCORDINGLY.

DATED: March 6, 2002

BY THE COURT:

Judge of District Court

MPLIB:71296.1